UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER, | No.  2:15-cv-0457 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JAN SCULLY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action was closed on July 7, 2015.

On April 19, 2021, plaintiff filed an ex parte motion for the disposition of fines.  In this motion, plaintiff requests that the money owed toward the filing fee be converted into days of imprisonment.  Plaintiff is informed that the court does not have the authority to convert the money plaintiff owes toward his filing fee to days of imprisonment.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for disposition of fines (ECF No. 15) is denied.

Dated:  April 23, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dear0457.58
kc

1